

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEBORAH J. GREER, DIANA ELIZABETH MACY, MARVIN GREER, JR. AND MAP2004, LLC D/B/A MAP2004-OK, WOLF BONE RANCH PARTNERS LLC, SAPPHIRE ROYALTIES, INC., STEPHEN FLANAGAN, TRUSTEE OF THE MIDLAND TRUST, JOHN G. HARPER, JOHN P. WANDEL, JR., MAGNOLIA ROYALTY COMPANY, INC., WP RANCHES FAMILY LIMITED PARTNERSHIP, J.M. MINERAL & LAND CO., GLML INVESTMENTS, LTD., SHAWN P. HANNIFIN, FRANCES A. HANNIFIN, FALL RIVER RESOURCES, INC., STRATA MINERALS, INC., CHRISTA I. LEAVELL AND T-BAR OIL AND GAS LTD. AND REG M. DAY, AS TRUSTEE OF THE DAY FAMILY TRUST, SHARON M. STROMBERG, PATRICIA MURPHY, ARLENE M. MURPHY, TRHUSEE OF THE JOHN TIMOTHY MURPHY, SR., REVOCABLE TRUST, ELIZABETH FOLEY RAPE, TRUSTEE OF THE TESTAMENTARY TRUST F/B/O WHITNEY ELIZABETH RAPE UNDER THE WILL OF JOHN DAVID RAPE, MARGARET JUSTINE BALLANTYNE, ELIZABETH ANN MARTIN, FFF, INC., JOE MARVIN CAYTON, | § § § § § § § § § § § § § § § § § | No. 08-15-00040-CV<br><br>Appeal from the 143rd<br><br>District Court<br><br>of Reeves County, Texas<br><br>(TC # 13-08-20458-CVR) |
| Appellants, | § | |

v. §

GLENN DAVID SHOOK, CHARLES §
JOSEPH BOYD, SARAH ANN
LECLERQ, REBEKAH LELA §
PRINCE, TIMOTHY DAMRON
BOYD, JONATHAN MARK BOYD, §
JUDITH AND RICHARD
COTHRUN, TRUSTEES OF THE §
COTHRUN LIVING TRUST, RUTH
DELL SOMMERS AND RUTH §
COTHRUN SOMMERS, TRUSTEES
OF THE RUTH C. SOMMERS §
REVOCABLE TRUST, SHEILA
LUCILE MCCREA, ESQ. ON §
BEHALF OF THE MARGUERITE A.
MCCREA TRUST, AS CO- §
TRUSTEE, CARL A. CROWLEY, AS
EXECUTOR OF THE ESTATE OF §
ANNIE LEE CROWLEY,
CHRISTOPHER LANCE TRIGG, §
CECILY TRIGG ORTENBERG,
CAMERON LEIGH TRIGG, LYNN §
D. HUGHES, FRAZEE D.
ARLEDGE, JULIE D. CANON, §
MELANIE D. LEE, DONNA D.
PEPPER, ROBERT HAILEY, §
BARRY LEE HAILEY, JOHN
FORREST GRIFFIN AND JOHN W. §
BUSH, CO-TRUSTEES OF THE
BUSH/GRIFFIN LIVING TRUST, §
DATED MAY 1, 1999, GWEDOLYN
B. GELTEMEYER, JESS ST. CLAIR, §
GUARDIAN OF THE ESTATE OF
SHARON B. ST. CLAIR, SYLVIA §
RAMONA BUSH AND PRIEST
FAMILY LIMITED PARTNERSHIP, §
EDWARD LEE CLARK, AS
EXECUTOR AND SOLE HEIR OF §
THE ESTATE OF CHOLE CLARK,
VICTOR M. JOUFFREY, JR., HEIR §
TO THE ESTATE OF VICTOR M.
JOUFFRAY, DECEASED, AND §
EXECUTOR OF THE ESTATE OF
VICTOR M. JOUFFRAY, §

2

DECEASED, CHRISTINE JOUFFRAY, YAKKA II, LLC AND YAKKA OPERATIONS, LLC, CHAD SMITH, MICHAEL MCCREA, VICTOR CHASE MCCREA III, JEFFREY REESE MCCREA AND CYNTHIA ANN MCCREA TRUEBLOOD, AS CO-TRUSTEES OF THE BARBARA MCCREA TRUST, DESERT PARTNERS V, L.P., JUDY W. OGILVY, AS HEIR AND MICHAEL ALEX OGILVY, AS HEIR AND EXECUTOR OF THE ESTATE OF ALEX OGILVY, DECEASED, ABH BAXTER, LP, RAY MORRIS, L.W. BENNINGER, DAVE MOODY, J.W. KIRBY, W.B. PANKHURST, GEORGE S. SALEH, R.W. PARKS, MARY KATHRYN ALLMAN, J. WALLACE HAWKINS, J.L. FARB, I.E. HOOD, MAX MANUS, MARIUS VILLARET, ANNIE LEE CROWLEY, JAMES W. SANDEFER, W.H. LACY, IRVIN J. FARB, RUTH ROWLAND, W.L. GRAY, KATHRYN BOURQUE, CLARENCE MOORE, LOUISE MOORE, ROSALIE WILLIAMS, HARRIS CLANTON, JR., J.K. HAZLIP, JR., UNKNOWN HEIRS OF S.P. HAZLIP, UNKNOWN HEIRS OF PAULINE RETHMEYER, PAUL CELINE ROBIN, OTEKA JUNE MCFARLAND, AS EXECUTOR OF THE ESTATE OF CHARLES "CHICK" FAIR, DECEASED, PATRICIA SHORTES DOYAL, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JOHN OCIE SHORTES, DECEASED, SAPPINGTON ENERGY INTERESTS, LTD., RAY STOKER, JR., EXECUTOR OF CLAUDENE STOKER'S ESTATE, BETTY SUE ELLIOT, GREGORY EDDINGS, EXECUTOR OF DOROTHY

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

3

HEARN'S ESTATE, HARRIS
ROBERTS FENDER, JR., MILAM §
SONS' MINERALS, LLC, RETTA
HAZLIP, CHRISTIAN C. WICHSEL §
II, JAMES WALLACE HAWKINS,

        Appellees.

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2016.


        STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.